PHILIP GRASSO, as Administrator of the Estate of JOHN GRASSO, Deceased, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 25615.)

Argued June 2, 1942; decided July 29, 1942.

*Samuel L. Greenberg* for appellant.

*John J. Bennett, Jr., Attorney General (James H. Glavin, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.   Taking no part: LEHMAN, Ch. J.